UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　Plaintiff,<br>　v.<br><br>JASON F. ALTSTATT, in individual and representative capacity as trustee of the Altstatt Family Trust; ADRIA L. ALTSTATT, in individual and representative capacity as trustee of the Altstatt Family Trust; INKY'S SCHWINN CYCLE, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:17-CV-01285-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear his/her/its own attorneys' fees and costs.

Dated: November 7, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　United States District Judge

1